# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| **KRYSTINA FLOYD,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) Civil Action No. |
| **V.** | ) **4:23-cv-00281-WMR-WEJ** |
| | ) |
| **BOJANGLES' RESTAURANTS, INC.,** | ) |
| | ) |
| **DEFENDANT.** | ) |

## STIPULATION OF DISMISSAL

COME NOW, the Plaintiff and the Defendant herein, and, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismiss the above-styled civil action WITH PREJUDICE. Each party is to pay its own fees, costs, and expenses.

Respectfully submitted this 6th day of December, 2024.

WE CONSENT AND SO STIPULATE:

[*signatures on following page*]

| | |
|---|---|
| *s/ Nathan D. Lock* | */s/ Brendan P. Biffany* |
| Nathan D. Lock | Brendan P. Biffany (pro hac vice) |
| Georgia Bar No. 948780 | Robinson, Bradshaw & Hinson, P.A. |
| McCamy, Phillips, Tuggle & Fordham, LLP | 101 N. Tryon Street, Suite 1900 |
| P.O. Box 1105 | Charlotte, North Carolina 28246 |
| Dalton, Georgia 30722-1105 | (704) 377-2536 |
| (706) 278-4499 | bbiffany@robinsonbradshaw.com |
| nlock@mccamylaw.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |